ALPHA PORTLAND CEMENT COMPANY, Respondent, *v.* GABRIEL BROTHERS CONSTRUCTION COMPANY, Appellant.

*Alpha Portland Cement Co.* v. *Gabriel Brothers Constr. Co.,* 165 App. Div. 978, appeal dismissed.
(Submited February 23, 1915; decided March 2, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on contract.

The motion was made upon the ground of failure to file the undertaking and otherwise prosecute the appeal.

*Louis H. Porter* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.